IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 10-cv-02712-BNB
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

PAUL MUTEBI,

    Applicant,

v.

ERIC HOLDER, U.S. Attorney General, et al.,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2010

GREGORY C. LANGHAM
                 CLERK

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant has submitted the following:

Notice of evidence;

"Subpoena Duece Tecum for Dr. Zaki, and Ms. Sandra Saltrese";

"Motion Requesting the Court to Issue Subpoena Duece Tecum";

"Request to Waive any Court Rules That Might Have Been Un-Intentionally Violated by Hand Writing Pro Se Motion(s) Attached";

"Motion/Petition Requesting to Expedite the Processing of Motion for a Temporary Restraining Order and Court Order to Reopen Asylum Case Number A75 362 682";

"Emergency Motion/Petition for a Temporary Restraining Order Against the Removal of Mutebi Paul from the District of Colorado, Court Order to Reopen Asylum Case Number A75-362-682 and for an Expedited Processing of This Motion or Petition";

"Request to Waive any Court Rules That Might Have Been Un-Intentionally Violated by Handwriting the Attached Motions and Affidavits";

"Emergency Motion to Re-Open Asylum Case";

"Request for a Fee Waiver";

"Supplement to Motion to Reopen"; and

"Motion and Affidavit to Proceed Without Prepayment of Fees or Security."

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) _X_ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing an original signature by the prisoner
(7) __ is not on proper form (must use the court's current form)
(8) __ names in caption do not match names in caption of complaint, petition or habeas application
(9) __ An original and a copy have not been received by the court. Only an original has been received.
(10) __ other:_____.

**Complaint, Petition or Application:**
(11) __ is not submitted
(12) _X_ is not on proper form (must use the court's current form)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. ___
(15) _X_ uses et al. instead of listing all parties in caption
(16) __ An original and a copy have not been received by the court. Only an original has been received.

(17) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __ names in caption do not match names in text
(19) __ other _____

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED November 15, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02712-BNB

Paul Mutebi
Reg. No. A0275692
El Paso County Detention Facility
2739 East Las Vegas Street
Colorado Springs, CO 80906

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 in a Habaes Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on 11/15/10

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk